# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Hopi Tribe, | No. CV 85-801-PHX-EHC |
| Plaintiff, | **FINAL JUDGMENT FOR 1979-85 FARM RENT and 1979-95 HOMESITE RENT** |
| vs. | |
| The Navajo Nation, | |
| Defendant. | |

This action was heard by the Court without a jury. Pursuant to and in accordance with the Order of December 30, 2009, which is incorporated herein by reference,

**IT IS ORDERED, ADJUDGED, and DECREED as follows:**

1. The Plaintiff, the Hopi Tribe, shall recover from the Defendant, the Navajo Nation, farm rents for the years 1979 to 1985 in the amount of $279,311.53, calculated as follows:

| | |
|---|---|
| 1979 | $49,692.55 |
| 1980 | $44,368.35 |
| 1981 | $39,044.15 |
| 1982 | $33,719.95 |
| 1983 | $28,395.74 |
| 1984 | $23,071.54 |
| 1985 | $61,019.25 |

2. The Hopi Tribe shall recover from the Navajo Nation homesite rents for the years 1979 to 1995 in the amount of $1,069,385.24, consistent with this Court's Order and with the prior judgment dated July 6, 1992, calculated as follows:

| | |
|---|---|
| 1979 | $77,619.10 |
| 1980 | $108,799.00 |
| 1981 | $107,845.75 |
| 1982 | $103,917.00 |
| 1983 | $100,876.25 |
| 1984 | $87,746.50 |
| 1985 | $77,016.50 |
| 1986 | $63,371.21 |
| 1987 | $61,219.50 |
| 1988 | $55,540.54 |
| 1989 | $50,371.75 |
| 1990 | $34,990.51 |
| 1991 | $32,312.13 |
| 1992 | $29,742.84 |
| 1993 | $27,493.14 |
| 1994 | $25,118.67 |
| 1995 | $25,404.85 |

3. Against these homesite rent amounts, the Navajo Nation shall receive credit for the following partial payments: $5,766.17 on March 26, 1990; $9,593.15 on April 24, 1991; and $4,093.20 on February 26, 1992.

4. In addition to the farm and homesite rent amounts above, the Hopi Tribe shall recover from the Navajo Nation prejudgment interest on each rental amount at the rate of 6.0% compounded annually. Said interest shall begin accruing as of December 31 of each rental year and continue until judgment is entered.

5. The Hopi Tribe shall also recover from the Navajo Nation post-judgment interest at the rate of 6.0% to be compounded annually. Said interest shall begin accruing as of the entry of judgment and continue to accrue until paid in full.

6. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, this Judgment is

final, the Court determining that there is no just reason for delay due to the factually distinct nature of the above rent determinations and the length of this litigation.

7. The Clerk of Court shall enter Judgment as set forth above.

DATED this 26th day of March, 2010.

_____
Earl H. Carroll
United States District Judge