Timothy R. Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone: (303) 863-1000
timothy.macdonald@aporter.com

*Attorneys for Plaintiff Hopi Tribe*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Hopi Tribe, | CIV. No. 85-801-PHX-EHC |
| Plaintiff, | |
| v. | **Response to Notice of the Navajo Nation Regarding Payment for 1986-2000 Farmsite and 1979-2000 Grazing Rental Determinations** |
| The Navajo Nation, | |
| Defendant. | |

Plaintiff, the Hopi Tribe, respectfully submits this response to Defendant's *Notice of the Navajo Nation Regarding Payment for 1986-2000 Farmsite and 1979-2000 Grazing Rental Determinations* (Apr. 18, 2011, Dkt. No. 324) (the "Notice") and states as follows:

1. The Navajo Nation's Notice recognizes that its payment of $3,922,216.15 on April 15, 2011 for long past-due rents does not constitute full payment for the rents owed by the Navajo Nation to the Hopi Tribe for the years 1979-2000.

2. In addition, the Navajo Nation's calculation of the total rents due to the Hopi Tribe for 1979-2000 is necessarily incomplete. The Hopi Tribe does not yet have the Navajo Nation's underlying analysis for its calculations of rents owed, but these calculations necessarily rely on assumptions about how the U.S. Department of Interior ("DOI") and/or the Bureau of Indian Affairs ("BIA") will address certain issues that were remanded to the DOI in the Court's

-2-

*Order re 1990-95 Homesite, 1979-95 Grazing, and 1986-95 Farmsite Rental Determinations and Pre- and Post-Judgment Interest* (Dec. 30, 2009, Dkt. No. 317) ("Order"). Neither party has access to the DOI's as-yet undetermined new calculations of 1986-1995 farmsite and 1979-1995 grazing rents. Additionally, both the Hopi Tribe and the Navajo Nation have appealed the DOI's rental determinations for 1996-2000, and those appeals are still pending. As such, the Navajo Nation's calculations at best represent its own estimates and partial payment of the total rents owed for 1979-2000.

       3.      Moreover, after the DOI issues a new decision regarding the 1979-2000 rental determinations based on the Order, the Hopi Tribe reserves its right to appeal the decision should it determine that such a step is necessary and appropriate.

       4.      Finally, the DOI has not issued final rental determinations for the years 2001 through 2010, and the Navajo Nation has not paid the Hopi Tribe any rents for that period.

    Dated: April 22, 2011.

                                  Respectfully submitted,

                                  **ARNOLD & PORTER LLP**

                                  By :   /s/ Timothy R. Macdonald
                                  Timothy R. Macdonald
                                  370 Seventeenth Street, Suite 4500
                                  Denver, Colorado 80202
                                  (303) 863-1000
                                  timothy.macdonald@aporter.com

                                  *Attorneys for Plaintiff Hopi Tribe*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2011, I electronically transmitted the attached **Response to Notice of the Navajo Nation Regarding Payment for 1986-2000 Farmsite and 1979-2000 Grazing Rental Determinations** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Patterson Victor Joe**
Patterson V Joe PC
2046 S Highland Mesa Rd
Flagstaff, Az 86001-2822
928-779-9119
928-779-0452 (fax)
Patterson.Joe@azbar.org

**Larry A Hammond**
Osborn Maledon PA
PO Box 36379
Phoenix, AZ 85067-6379
602-640-9000
602-640-6076 (fax)
lhammond@omlaw.com

**Britt E. Clapham, II**
Law Offices of Britt E. Clapham II PC
2730 E. Broadway Blvd
Ste 160
Tucson, AZ 85716
520-325-6824
520-203-0222 (fax)
bec2@claphamlaw.com

**Alice E Walker**
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl Street
Suite 220
Boulder, CO 80302-5124
303-442-2021

I hereby certify that on April 22, 2011, I served the attached **Response to Notice of the Navajo Nation Regarding Payment for 1986-2000 Farmsite and 1979-2000 Grazing Rental Determinations** by United States First Class Mail, postage prepaid on the following, who are not registered participants of the CM/ECF System:

**Steven E Carroll**
**Martin W Matzen**
US Dept of Justice
Land & Natural Resources Division
PO Box 44378
Indian Resources Section
Washington, DC 20026-4378

**Edward J Passarelli**
US Dept of Justice
Environmental & Natural Resources Div
PO Box 663
Washington, DC 20044-0663
(202)305-0468

**Louis Denetsosie**
**Harrison Tsosie**
Attorney General
Navajo Nation Department of Justice
PO Drawer 2010
Window Rock, AZ  86515

/s/ Susan Cole