Ethel B. Branch, Attorney General (Az. Bar # 026717)
Navajo Nation Department of Justice
PO Drawer 2010, Window Rock, AZ 86515
(928) 871-6931, ebranch@nndoj.org

Alice E. Walker
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl Street, Suite 220, Boulder, CO 80302
(303) 442-2021, awalker@mmwclaw.com

*Counsel for the Navajo Nation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE HOPI TRIBE, ) | Case No.: 2:85-cv-00801-SRB |
| Plaintiff, ) | |
| v. ) | **NOTICE OF THE NAVAJO** |
| ) | **NATION REGARDING** |
| THE NAVAJO NATION, ) | **PAYMENT FOR 2001-2009** |
| ) | **RENTAL DETERMINATIONS,** |
| Defendant. ) | **AND ESTIMATED RENTAL** |
| _____) | **PAYMENT FOR 2010-2014** |
| THE NAVAJO NATION, et al., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

In accordance with the Court's *Order re 1990-95 Homesite, 1979-95
Grazing, and 1986-95 Farmsite Rental Determinations and Pre- and
Post-Judgment Interest* (Dec. 30,  2009) (Dkt. No. 317) ("Order"), the Navajo
Nation hereby notifies the Court that on August 28, 2015, it paid to the Hopi Tribe
$2,849,180.98 by electronic funds transfer to Arnold & Porter, legal counsel for
the Hopi Tribe, to satisfy the Navajo Nation's rental obligations to the Hopi Tribe
as set forth in the Court's Order.  This total amount consists of the following
payments:

      A)      2001-2009 homesite, farmsite and grazing rents, plus accrued

prejudgment and post-judgment interest through August

31, 2015:                                                    $2,143,340.37

B)     Estimated 2010-2014 homesite, farmsite and grazing rents, plus

accrued prejudgment and post-judgment interest through August 31,

2015:                                                      $705,840.61

The Regional Director issued a rental decision for 2001 to 2009 in
December 2014.  Letter from Bryan Bowker, Regional Director, Bureau of Indian
Affairs, to Ben Shelly, President, Navajo Nation, and Herman Honanie, Chairman,
Hopi Tribe (Dec. 2, 2014) ("2001-09 Decision").  The 2001-09 Decision
determined that the Navajo Nation owed the following principal amounts to the
Hopi Tribe for grazing, farmsite, and homesite rents:

|      | Grazing | Farmsite | Homesite |
|------|---------|----------|----------|
| 2001 | $ 118,709.66 | $ 21,333.06 | $ 20,604.76 |
| 2002 | $ 121,396.94 | $ 20,773.06 | $ 23,944.32 |
| 2003 | $   96,257.45 | $ 20,332.76 | $ 24,621.84 |
| 2004 | $   86,144.91 | $ 19,878.46 | $ 21,760.54 |
| 2005 | $   60,817.04 | $ 22,718.24 | $ 23,067.15 |
| 2006 | $   66,486.63 | $ 25,549.02 | $ 22,943.92 |
| 2007 | $   73,073.32 | $ 25,549.02 | $ 24,259.15 |
| 2008 | $   64,700.27 | $ 25,549.02 | $ 26,398.77 |
| 2009 | $   76,219.01 | $ 25,549.02 | $ 27,907.05 |

The total rents for grazing, farmsite and homesite uses of the Hopi
Partitioned Lands ("HPL") for the period 2001 to 2009 as determined by the
Regional Director is $1,186,544.30.  The Navajo Nation did not appeal the 2001-

09 Decision, however, the Hopi Tribe appealed the decision to the Interior Board of Indian Appeals ("IBIA"), and the 2001-09 Decision is pending before the IBIA. Prejudgment interest accrues on the rents for 2001 to 2009, even though they are not yet finally determined, thereby increasing the amount of the Navajo Nation's liability by $956,795.98 accrued through August 31, 2015.  The Navajo Nation, therefore, paid to the Hopi Tribe a total of $2,143,340.37 for the years 2001 to 2009, which includes of the principal plus all prejudgment interest accrued through August 31, 2015.

To date, the BIA has not issued rental determinations for the years 2010 to 2014.  Regardless of the BIA's failure to act, 25 U.S.C. § 640d-15(a) requires the Navajo Nation to make a rental payment for its members' homesite, farmsite and grazing uses of the HPL each year, which rental liability accrues at the end of each calendar year.  Following the Court's directive in its Order, the Navajo Nation has made a good faith effort to estimate the annual rental due each year based upon a review and averaging of the rental amounts that the BIA has determined over the last ten to twelve years.  Accordingly, the Navajo Nation has estimated that its annual rental liability under 25 U.S.C. § 640d-15(a) is approximately $120,400.00, and has used that estimated amount to make the following additional payment to the Hopi Tribe for rental years 2010 to 2014:  $602,000.00.  Because the Court's Order requires that the Navajo Nation pay prejudgment and post-judgment interest to the Hopi Tribe on the outstanding rents, the Navajo Nation paid an additional amount of $103,840.61 in prejudgment interest, accrued through August 31, 2015.  Thus, the total payment made by the Navajo Nation to the Hopi Tribe for the years 2010 to 2014 is $705,840.61.

The Navajo Nation intends to make an annual payment to the Hopi Tribe in the amount of $120,400.00 in order to satisfy its obligations under 25 U.S.C. §

640d-15(a), and in order to stop the accrual of interest on all unpaid rents, despite the failure of the BIA to render rental determinations.

The Navajo Nation asserts that the payments described herein are in accordance with the Court's Order and, as a result of the such payments, no further interest shall accrue on such payments.  Nothing in this Notice, or in the Navajo Nation's payments as described in this Notice shall be construed as a waiver of any kind of any of the Navajo Nation's claims, arguments, or objections regarding post-partition rent to be determined in the future, or the accrual of interest on those rent amounts.  In addition, this Notice, and the Navajo Nation's payments as described in this Notice, shall not be used or interpreted as any kind of procedural, substantive, or other precedent in any other claim or suit.

Date:  August 31, 2015

<div style="margin-left:40%;">

Respectfully submitted,

Ethel B. Branch, Attorney General
(Az. No. #026717)
Navajo Nation Department of Justice
P.O. Drawer 2010
Window Rock, AZ  86515
(928) 871-6931
ebranch@nndoj.org

Alice E. Walker
McElroy, Meyer, Walker & Condon,
P.C.
1007 Pearl St., Ste. 220
Boulder, CO 80302
(303) 442-2021
awalker@mmwclaw.com

*/s/ Alice E. Walker*
By:_____
    Alice E. Walker

*Counsel for the Navajo Nation*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2015, I electronically filed the foregoing **NOTICE OF THE NAVAJO NATION REGARDING PAYMENT FOR 2001-2009 RENTAL DETERMINATIONS, AND ESTIMATED RENTAL PAYMENT FOR 2010-2014** with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following:

**Alice Elizabeth Walker**, awalker@mmwclaw.com, bray@mmwclaw.com
**Britt E. Clapham, II**, bec2@claphamlaw.com
**Larry A Hammond**, lhammond@omlaw.com, dtoland@omlaw.com, ecfdc@omlaw.com
**Patterson Victor Joe**, Patterson.Joe@azbar.org
**Timothy R Macdonald**, timothy_macdonald@aporter.com, glenn_roper@aporter.com
**Anthony Scott Canty**, scanty0856@aol.com

**And a true and correct copy was sent to the following via U.S. Mail, postage prepaid:**

Daniel G. Steele
US Dep't of Justice,
Environment & Natural Resources Div.
Indian Resources Section
601 D Street, N.W., Room 3122
Washington, DC 20004

Edward J. Passarelli
US Dep't of Justice
Environment & Natural Resources Div.
PO Box 7611
Washington, DC 20044-0663

Ethel B. Branch, Attorney General
Navajo Nation Department of Justice
PO Drawer 2010
Window Rock, Arizona 86515

     /s/ *Bonnie Ray*