Doreen N. McPaul, Attorney General (Az. Bar # 021136)
Navajo Nation Department of Justice
P.O. Drawer 2010, Window Rock, AZ 86515
(928) 871-6345, dmcpaul@nndoj.org

Alice E. Walker
Meyer, Walker, Condon & Walker, P.C.
1007 Pearl Street, Suite 220, Boulder, CO 80302
(303) 442-2021, awalker@mmwclaw.com

*Counsel for the Navajo Nation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE HOPI TRIBE,<br><br>       Plaintiff,<br>v.<br><br>THE NAVAJO NATION,<br><br>       Defendant.<br>_____<br><br>THE NAVAJO NATION, et al.,<br><br>       Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA, et al.<br><br>       Defendants.<br>_____ | Case No.: 2:85-cv-00801-SRB<br><br>**NOTICE OF THE NAVAJO NATION REGARDING RENTAL PAYMENT FOR 2018** |

In accordance with the Court's *Order re 1990-95 Homesite, 1979-95 Grazing, and 1986-95 Farmsite Rental Determinations and Pre-and Post-Judgment Interest* (Dec. 30, 2009 (Dkt. No. 317) ("Order"), the Navajo Nation hereby notifies the Court that on January 16, 2019, the Navajo Nation paid to the Hopi Tribe $120,993.75 by check payable to the Hopi Tribe, a copy of which is attached hereto, to satisfy the Navajo Nation's rental obligations to the Hopi Tribe for the year 2018.  This total payment consists of the following amounts:

    A)    Estimated principle:                                                    $120,400.00

    B)    Accrued prejudgment interest through January 16, 2019:        $593.75

To date, the BIA has not issued a rental determination for the year 2018. Regardless of the BIA's failure to act, 25 U.S.C. § 640d-15(a) requires the Navajo Nation to make a rental payment for its members' homesite, farmsite and grazing uses of the Hopi Partitioned Lands each year, which rental liability accrues at the end of each calendar year. Following the Court's directive in its Order, the Navajo Nation has made a good faith effort to estimate the annual rental due each year based upon a review and averaging of the rental amounts that the BIA has determined over the last ten to twelve years. Accordingly, the Navajo Nation has estimated that its annual rental liability under 25 U.S.C. § 640d-15(a) is approximately $120,400.00, and has used that estimated amount to make the 2018 rental payment to the Hopi Tribe. Because the Court's Order requires that the Navajo Nation pay prejudgment interest to the Hopi Tribe on outstanding rents, the Navajo Nation paid an additional amount of $593.75 in prejudgment interest, accrued through January 16, 2018.

The Navajo Nation intends to make an annual payment to the Hopi Tribe in the amount of $120,400.00 in order to satisfy its obligations under 25 U.S.C. § 640d-15(a), and in order to stop the accrual of interest on all unpaid rents, despite the failure of the BIA to render rental determinations. The Navajo Nation asserts that the above-described payment is in accordance with the Court's Order and, as a result of the above-described payment, no further interest shall accrue on such payment. Nothing in this Notice, or in the Navajo Nation's payment as described in this Notice shall be construed as a waiver of any kind of any of the Navajo Nation's claims, arguments, or objections regarding post-partition rent to be determined in the future, or the accrual of interest on those rent amounts. In addition, this Notice, and the Navajo Nation's payment as described in this Notice, shall not be used or interpreted as any kind of procedural, substantive, or other precedent in any other claim or suit.

Respectfully submitted this 6th day of August, 2019.

> Doreen N. McPaul, Attorney General
> (Az. Bar # 021136)
> Navajo Nation Department of Justice
> P.O. Drawer 2010
> Window Rock, AZ  86515
> (928) 871-6345
> dmcpaul@nndoj.org
>
> Alice E. Walker
> Meyer, Walker, Condon & Walker, P.C.
> 1007 Pearl St., Ste. 220
> Boulder, CO 80302
> (303) 442 2021
> awalker@mmwclaw.com
>
>
> By:  /s/ Alice E. Walker
>
> *Counsel for the Navajo Nation*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2019, I electronically filed the foregoing **NOTICE OF THE NAVAJO NATION REGARDING RENTAL PAYMENT FOR 2018** with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following:

>Larry A Hammond, lhammond@omlaw.com, dtoland@omlaw.com, ecfdc@omlaw.com
>Patterson Victor Joe, Patterson.Joe@azbar.org
>Timothy R Macdonald, timothy_macdonald@aporter.com, glenn_roper@aporter.com
>Anthony Scott Canty, scanty0856@aol.com
>Edward J Passarelli, Edward.Passarelli@USDOJ.gov
>Daniel G Steele, daniel.steele@usdoj.gov
>Doreen N. McPaul, Attorney General, dmcpaul@nndoj.org

/s/ Bonnie Ray

# Check Remittance



| | |
|---|---|
| Check Total | $***120,993.75 |
| Check No. | 2019835 |
| Supplier No. | 238496 |
| Check Date | 01/16/2019 |

Company: 07080

| Invoice No. | Invoice Date | PO | Description | Gross Payable | Discount | Net Payable |
|---|---|---|---|---|---|---|
| HPLRENTAL011519 | 01/15/19 | 06 | | 120,993.75 | | 120,993.75 |

RECEIVED JAN 17 2019 DEPARTMENT OF JUSTICE OFFICE OF THE ATTORNEY GENERAL

| Stub 1 of 1 | | | 120,993.75 | 120,993.75 |
|---|---|---|---|---|

---

**THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD TO LIGHT TO VERIFY WATERMARK**

**Wells Fargo Bank**
Window Rock, AZ

**THE NAVAJO NATION**
WINDOW ROCK, AZ 86515
**NOT VALID AFTER 90 DAYS FROM DATE OF ISSUE**

General Fund

Check No.  2019835
01/16/2019
91-527
1221

ONE HUNDRED TWENTY THOUSAND NINE HUNDRED NINETY THREE AND 75/100************************

$***120,993.75

PAY TO THE ORDER OF

HOPI TRIBE
PO BOX 123
KYKOTSMOVI AZ 86039

5

*President*

Two Signatures Required over $5000

⑈020 19835⑈  ⑆1221052 78⑆  400400 256 2⑈

HOLD TO LIGHT TO VIEW WATERMARK.
DO NOT ACCEPT IF WATERMARK IS ABSENT.
DO NOT WRITE BELOW THIS LINE